AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| Teratha "T.J." Hensley ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-56 |
| General Revenue Corporation ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, General Revenue Corporation                                                              .

Date:   02/04/2022

/s/ Jacob D. Rhode
*Attorney's signature*

Jacob D. Rhode (0089636 Ohio)
*Printed name and bar number*
Keating Muething & Klekamp PLL
One E. 4th Street, Suite 1400
Cincinnati, OH  45202

*Address*

jrhode@kmklaw.com
*E-mail address*

(513) 579-6580
*Telephone number*

(513) 579-6457
*FAX number*