UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERATHA "T.J." HENSLEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -v- | ) Case No.: 1:22-cv-56 |
| | ) |
| GENERAL REVENUE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF EXTENSION OF TIME

Pursuant to S.D. Ind. L.R. 6-1(a), Defendant General Revenue Corporation ("GRC") provides notice of an extension of 28 days to move, answer or otherwise plead in response to Plaintiff's Complaint. The Complaint was served on January 20, 2022 and GRC's original deadline to respond is February 10, 2022. The extended deadline is now March 10, 2022. Plaintiff's counsel has consented to the extension. The deadline has not been previously extended and the extension does not interfere with any case management plan, scheduled hearings, or other case deadlines.

        Respectfully submitted,

        /s/ *Jacob D. Rhode*
        Jacob D. Rhode (0089636 Ohio)
        KEATING MUETHING & KLEKAMP PLL
        One East Fourth Street
        Suite 1400
        Cincinnati, OH  45202
        Tel: (513) 579.6400
        Fax: (513) 579.6457
        jrhode@kmklaw.com

        *Attorneys for Defendant,*
        *General Revenue Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Extension of Time was filed electronically using the Court's CM/ECF filing system on February 4, 2022, which will cause notice to be delivered to the following counsel of record:

John T. Steinkamp
JOHN T. STEINKAMP & ASSOCIATES
5214 S. East Street
Suite D1
Indianapolis, Indiana 46227
John@johnsteinkampandassociates.com

        /s/ *Jacob D. Rhode*
        Jacob D. Rhode

11479208.1